BOICE, Respondent, v. VILLAGE of VALATIE, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Emma Boice against the village of

Valatie. No opinion. Judgment and order unanimously affirmed, with costs.